Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108,
Oakland, CA 94609
Telephone: (415) 326-3173
Email: amb@atalawgroup.com

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>COVEY AUTO EXPRESS INC., a California corporation,<br><br>    Defendant. | Case No. 2:18-cv-00549-KJM-EFB<br><br>**NOTICE OF LODGING OF CONSENT DECREE**<br><br>**Judge: Hon. Kimberly J. Mueller**<br><br>**Complaint Filed: March 23, 2018** |

Plaintiff California Sportfishing Protection Alliance (CSPA) hereby provides notice to the Court of the lodging of a Consent Decree for the Court's review and approval. The relief set forth in the Consent Decree represents a full resolution of this Clean Water Act citizen suit.

The Consent Decree attached hereto as Exhibit A is not to be entered by the Court, however, until the completion of a forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency by the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, and described in Paragraphs 3(a)-(b) of the Consent Decree. If the United States Department of Justice and the Environmental Protection Agency submit correspondence that they do not object to the Court's entering of the Consent Decree prior to the 45-day review period expiring, the Court can proceed with entering the Consent Decree without having to wait for the 45-day period to run.

1  Following the conclusion of the 45-day notice period or the submission of correspondence indicating that the United States Department of Justice and the Environmental Protection Agency do not object to the Court entering the Consent Decree, CSPA and Defendant Covey Auto Express, Inc. (Defendant) intend to move the Court to enter the attached Consent Decree.

DATED: August 29, 2018

        AQUA TERRA AERIS LAW GROUP LLP

        By: /s/ *Anthony Barnes*
        Anthony M. Barnes
        Attorneys for Plaintiff
        CALIFORNIA SPORTFISHING PROTECTION ALLIANCE