1  Anthony Barnes (Bar No. 199048)
   Jason Flanders (Bar No. 238007)
2  AQUA TERRA AERIS LAW GROUP LLP
   490 43rd Street, Suite 108,
3  Oakland, CA 94609
   Telephone: (415) 326-3173
4  Email: amb@atalawgroup.com
5
6  *Attorneys for Plaintiff*
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
7
8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No. 2:18-cv-00549-KJM-EFB |
| 11 | **REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |
| 12          Plaintiff, | |
| 13  v. | **(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)** |
| 14  COVEY AUTO EXPRESS INC., a California corporation, | **Judge: Hon. Kimberly J. Mueller** |
| 15          Defendant. | **Complaint Filed: March 23, 2018** |
| 16 | |

17          WHEREAS, on June 13, 2018, Plaintiff California Sportfishing protection

18  Alliance ("Plaintiff") and Defendant Covey Auto Express Inc. ("Defendant") (collectively, "the

19  Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

20          WHEREAS, on August 29, 2018, Plaintiff filed a Notice of Lodging Consent

21  Decree attaching as an Exhibit, a Proposed Consent Decree (ECF #20), noting that the Consent

22  Decree is not to be entered by the Court until the completion of a forty-five (45) day review

23  period provided to the United States Department of Justice and the Environmental Protection

24  Agency (the "Agencies") by the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5;

25  however, should the Agencies submit correspondence that they do not object to the Court's

26  entering of the Consent Decree prior to the 45-day review period expiring, the Court can proceed

27  with entering the Consent Decree without having to wait for the 45-day period to run.

28

REQUEST FOR ENTRY OF CONSENT DECREE

1   WHEREAS, on September 13, 2018, the Agencies filed their Statement of Interest

2 of the United States and Comments on Proposed Consent Decree, in which the Agencies stated

3 that the United States does not object to the Court's entry of the Consent Decree into judgment

4 and that the United States waives the remainder of the 45-day review period (ECF #21); and

5   WHEREAS, the Agencies have indicated that they have no objection to entry, the

6 Court may now enter the [Proposed] Consent Decree.

7   THEREFORE, the Parties request the Court sign the [Proposed] Consent Decree, a

8 true and correct copy of which is attached to this Request for Entry as "Exhibit A," and enter the

9 Consent Decree as a final judgment.

10

11 DATED: September 19, 2018

12         AQUA TERRA AERIS LAW GROUP LLP

13

14         By:  /s/ *Anthony Barnes*
           Anthony M. Barnes

15         Attorneys for Plaintiff
           CALIFORNIA SPORTFISHING

16         PROTECTION ALLIANCE

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF CONSENT DECREE